IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————

No. 99-21163
Summary Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRANCE GASKIN,

Defendant-Appellant.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-342-ALL

———————————————————————
December 13, 2000

Before POLITZ, HIGGINBOTHAM, and DeMOSS, Circuit Judges.

PER CURIAM:*

　　Court-appointed counsel for Terrance Gaskin has requested leave to

withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738

(1967). Gaskin filed a response, contesting counsel's motion and claiming error in

the court's failure to permit a two-point "safety valve" adjustment to his sentencing

computation. Our independent review of the brief, Gaskin's response, and the

　　*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

record discloses no nonfrivolous issue.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5th Cir. R. 42.2.